FILED
June 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:08-cr-00250-LKK
            Plaintiff,            )
v.                                )   ORDER FOR RELEASE
                                  )   OF PERSON IN CUSTODY
CORWIN LAVELLE BROWN,             )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CORWIN LAVELLE BROWN  Case 2:08-cr-00250-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $

_X_   Unsecured bond in the amount of $25,000.00 to be co-signed by the defendant and his parents.

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) PTS conditions/supervision;

Issued at Sacramento, CA on 6/12/08 at 3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge