DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CORWIN LAVELLE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0250 LKK |
| Plaintiff, | |
| v. | ORDER |
| CORWIN LAVELLE BROWN, | |
| Defendant. | |

This matter came on for Status Conference on July 8, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Phil Ferrari appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Corwin Lavelle Brown, who was present in court and out of custody.

Counsel indicated the defense had recently received discovery. Defense counsel indicated she needed additional time to order records pertaining to Mr. Brown's criminal history and requested the court set

1  the matter for further status conference on August 19, 1008. The
2  government concurred.
3      Accordingly, the parties agreed to exclude time from calculation
4  under the Speedy Trial Act for the reasons stated above, pursuant to 18
5  U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of
6  counsel, from July 8, 2008, up to and including August 19, 2008.
7  **Good cause appearing therefor**,
8      IT IS ORDERED that this matter is continued to August 19, 2008, at
9  9:30 a.m..
10      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11  (iv) and Local Code T4, the period from July 8, 2008, up to and
12  including August 19, 2008, is excluded from the time computations
13  required by the Speedy Trial Act due to ongoing preparation of defense
14  counsel.
15  Dated: July 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order         -2-