```
FILED
July 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CORWIN LAVELLE BROWN, )<br>)<br>Defendant. ) | Case No. CR.S-08-0250-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CORWIN LAVELLE BROWN, Case No. CR.S-04-08-0250-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $ 25,000.00

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as previously stated on the record.</u>

    _X_   (Other) <u>The Defendant is ordered released to the Pretrial Services Officer on 08/01/08 at 8:30 a.m. for transport to the Effort drug treatment center.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/31/08  at  9:21 a.m.

By  GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge