```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  CORWIN LAVELLE BROWN

8
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0250 LKK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CORWIN LAVELLE BROWN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on August 19, 2008 in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Phil Ferrari appeared on behalf of the United States of America. Assistant Federal Defender Lauren Cusick stood in for AFD Caro Marks, appearing on behalf of Defendant Corwin Lavelle Brown, who was not present in court, but pursuant to the order of the magistrate judge, in an in-patient drug/alcohol rehabilitation facility.

Counsel indicated that due to the defendant's unavailability, she

would need additional time to allow the defendant to complete his rehabilitation program, after which she would need additional time to review the discovery with the defendant. The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §§3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, and (h)(3)(A), for unavailability of the defendant, from August 19, 2008, up to and including October 28, 2008.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to October 28, 2008, at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§3161 (h)(8)(B)(iv) and (h)(3)(A), and Local Code T4, the period from August 19, 2008, up to and including October 28, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel and unavailability of the defendant.

Dated: August 21, 2008.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order      -2-