```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CORWIN LAVELLE BROWN

 8

 9             IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   ) No. CR-S-08-0250 LKK
                                )
14              Plaintiff,      )
                                ) ORDER
15       v.                     )
                                )
16  CORWIN LAVELLE BROWN,       )
                                )
17              Defendant.      )
                                )
18  _____)

19
```

   This matter came on for Status Conference on October 28, 2008 in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Phil Ferrari appeared on behalf of the United States of America. Assistant Federal Defender, Lauren Cusick, appearing on behalf of Defendant Corwin Lavelle Brown, who was not present in court and a waiver of appearance is on file.

   Counsel indicated that due to the defendant's unavailability, she would need additional time to allow the defendant to complete his rehabilitation program, after which she would need additional time to

review the discovery with the defendant. The government concurred.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §§3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, and (h)(3)(A), for unavailability of the defendant, from October 28, 2008, up to and including November 25, 2008.

**Good cause appearing therefor**,

IT IS ORDERED that this matter is continued to November 25, 2008, at 9:15 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§3161 (h)(8)(B)(iv) and (h)(3)(A), and Local Code T4, the period from October 28, 2008, up to and including November 25, 2008, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of defense counsel and unavailability of the defendant.

Dated: October 30, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order        -2-