DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CORWIN LAVELLE BROWN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0250 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| CORWIN LAVELLE BROWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    This matter came on for Status Conference on November 25, 2008 in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Phil Ferrari appeared on behalf of the United States of America.  Assistant Federal Defender, Lauren Cusick, appearing on behalf of Defendant Corwin Lavelle Brown, who was present in court.

    Defense counsel requested additional time and for this case to be set for a further status conference on December 16, 2008 at 9:15 a.m.

1  Accordingly, the parties agreed to exclude time from calculation
2 under the Speedy Trial Act for the reasons stated above, pursuant to 18
3 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

4  IT IS ORDERED that this matter is continued for a status
5 conference to December 16, 2008, at 9:15 a.m..

6  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §§3161 (h)(8)(B)
7 (iv) and (h)(3)(A), and Local Code T4, the period from the date of this
8 order, up to and including December 16, 2008, is excluded from the time
9 computations required by the Speedy Trial Act due to ongoing
10 preparation of defense counsel.

11 Dated: November 26, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading: Hill order      -2-