LAWRENCE G. BROWN
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-250 LKK |
| Plaintiff, ) | GOVERNMENT'S STATUS REPORT AND STIPULATED REQUEST THAT TRIAL DATE BE VACATED; ORDER |
| v. ) | |
| CORWIN BROWN, ) | |
| Defendant. ) | Date: May 27, 2009<br>Time: **9:15 a.m.**<br>Hon. Lawrence K. Karlton |

The above referenced case is currently set for trial on May 5, 2009, and a trial confirmation hearing is set for April 21, 2009. In addition, on March 23, 2009, the defendant filed a motion to dismiss the indictment. Docket, #39. Because the defendant is currently being held in state custody on pending state charges, the parties request that the trial date and trial confirmation date be vacated. The parties also request a new date be set for status and argument on the motion to dismiss.

On February 11, 2009, the defendant was arrested by Sacramento police officers for felony driving under the influence with resulting injury and detained. Docket, #37. The pre-trial services officer requested that the magistrate issue a warrant to serve as a

detainer and that request was granted. Id. According to the Sacramento County Sheriff's website, the defendant has been charged in case no. 09-F01161 with felony violations of California Vehicle Code Sections 23153(A) (Driving Under Influence Of Alcohol or Drugs With Injury) and 23153(B) (Unlawful To Drive Under The Influence or at .08 / Cause Death/Injury). He is ineligible for bail and his next appearance before the Superior Court is set for April 16, 2009 in Department 63.

The parties request that the trial confirmation hearing previously set for April 21, 2009, and the trial previously set for May 5, 2009, both be vacated. In addition, the parties request that a hearing be set on May 27, 2009, both for the purposes of hearing argument on the pending motion to dismiss and as a control date for status on the state court proceeding. The parties propose that the government's opposition to the motion to dismiss be filed by May 5, 2009, and any reply in support of the motion be filed by May 12, 2009. Time is properly excluded from the speedy trial act due to the pending motion.

DATED: April 7, 2009  
LAWRENCE G. BROWN  
United States Attorney

By: /s/ Philip Ferrari  
PHILIP A. FERRARI  
Assistant U.S. Attorney

DATED: April 7, 2009  
/s/ Philip Ferrari for  
LAUREN CUSICK, ESQ.  
Attny. for Corwin Brown

For the reasons set forth in the Status Report dated April 7,

2009, **IT IS HEREBY ORDERED** that:

1. The jury trial previously set for May 5, 2009, is VACATED;

2. The trial confirmation hearing previously set for April 21, 2009, is VACATED; and

3. A hearing will be set on May 27, 2009 for argument on the pending motion to dismiss and status as to the defendant's state court proceeding. The government's opposition to the motion to dismiss shall be filed no later than May 5, 2009, and any reply will be filed by May 12, 2009. The time between today's date and May 27, 2009 is properly excluded from computation under the speedy trial act due to the filing of the defendant's pre-trial motion (18 U.S.C. §3161(h)(1)(F).

IT IS SO ORDERED.

Date: April 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT