UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-08-0250 LKK |
| v. | ) | |
| | ) | |
| CORWIN BROWN | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:   Corwin Brown
Detained at (custodian):   Sacramento County Jail
Detainee is:   a.)   (X) charged in this district by: (X) Indictment () Information () Complaint
        charging detainee with: Possession of Ammunition by a Felon (18 U.S.C. 922(g)(1))
   or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary to enter a Change of Plea on July 7, 2009, at 9:15 a.m., before Hon. Lawrence K. Karlton in the Eastern District of California.*

Signature:   __/s/ Philip A. Ferrari_____
Printed Name & Phone No:   Philip A. Ferrari (916)554-2744
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum        () Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on July 7, 2009, at 9:15 a.m. to enter a change of plea, and at the conclusion of said proceeding to return said detainee to the above-named custodian.

Date: July 2, 2009

_____
United States District Judge Lawrence K. Karlton

_____
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X   Female |
| Booking or CDC #: | X-REF 1455553 | DOB: 08/05/70 |
| Facility Address: | Sacramento County Main Jail | Race: |
| | 651 I Street, Sacramento, CA | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | Cal. V.C. 23153(A); 23153(B) Felony DUI | |

_____
### RETURN OF SERVICE

Executed on   _____   By: _____
                              (Signature)