UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.S-08-0250 LKK |
| v. | ) | |
| | ) | |
| CORWIN BROWN | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                            ( ) Ad Testificandum

Name of Detainee:            Corwin Brown
Detained at (custodian):       Sacramento County Jail
Detainee is:         a.)     (X) charged in this district by:    (X) Indictment   ( ) Information   ( ) Complaint
                                    charging detainee with: Possession of Ammunition by a Felon (18 U.S.C. 922(g)(1))
           or      b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
           or      b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                                   currently being served at the detaining facility

*Appearance is necessary to appear for Judgment and Sentencing on September 22, 2009, at 9:15 a.m., before Hon. Lawrence K. Karlton in the Eastern District of California.*

                             Signature:                          __/s/ Philip A. Ferrari_____
                             Printed Name & Phone No:    Philip A. Ferrari (916)554-2744
                             Attorney of Record for:        United States of America_____

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                            ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on September 22, 2009, at 9:15 a.m. to be sentenced, and at the conclusion of said proceeding to return said detainee to the above-named custodian.

Date: September 18, 2009

                                                           _____
                                                           United States District Judge Lawrence K. Karlton

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X    Female |
| Booking or CDC #: | X-REF 1455553 | DOB: 08/05/70 |
| Facility Address: | Sacramento County Main Jail | Race: |
| | 651 I Street, Sacramento, CA | FBI #: |
| Facility Phone: | | |
| Currently Incarcerated For: | Cal. V.C. 23153(A); 23153(B) Felony DUI | |

___

### RETURN OF SERVICE

Executed on    _____            By: _____
                                                                                       (Signature)