HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Lexi_Negin@fd.org

Attorney for Movant
CORWIN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:08-cr-250 JAM CKD P |
| Respondent, | STIPULATED BRIEFING SCHEDULE AND ORDER |
| vs. | Judge: Hon. Carolyn K. Delaney |
| CORWIN BROWN, | |
| Movant. | |

Mr. Corwin Brown filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 pursuant to *Johnson v. United States*, on June 22, 2016.  Mr. Brown wishes to accelerate the disposition because if his motion prevails he could receive a new sentence of time served.  The government does not object to an accelerated schedule.

The Court issued an order on August 8, 2016, requiring the government to answer within 60 days, and for the movant to file a traverse, if any, within 30 days.

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States, through Ross Naughton, Assistant United States Attorney, attorney for Respondent, and Heather Williams, Federal Defender, through Assistant Federal Defender, Lexi P. Negin, attorney for Movant Corwin Brown, hereby stipulate and agree that the briefing schedule be set as follows:

Government Opposition due:  September 22, 2016

Defense Reply due:  October 6, 2016

Stipulated Briefing Schedule

1

Dated: August 19, 2016					Respectfully,

							HEATHER E. WILLIAMS
							Federal Defender


							*/s/ Lexi Negin*_____
							LEXI NEGIN
							Assistant Federal Defender
							Attorney for Movant CORWIN BROWN

DATED: August 19, 2016				PHILLIP A. TALBERT
							Acting United States Attorney

							*/s/ Ross Naughton*_____
							ROSS NAUGHTON
							Assistant U.S. Attorney
							Attorney for Plaintiff


**ORDER**

The Court orders that the proposed briefing schedule is adopted.

Dated: August 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE